**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:  Docket Number 2018-CA-0433

Julie B. Hanley

- - Versus - -

Allstate Insurance Company, Anthony Beneditto, and
GEICO Casualty Company

19th Judicial District Court
Case #: 634704
East Baton Rouge Parish

On Application for Rehearing filed on 12/12/2018 by Julie B. Hanley

Rehearing _____ **DENIED** _____

Vanessa Guidry Whipple

Page McClendon

Toni Manning Higginbotham

Date  **JUL 2 3 2019**

Rodd Naquin, Clerk